Matter of Giannotti (2023 NY Slip Op 01221)

Matter of Giannotti

2023 NY Slip Op 01221

Decided on March 9, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 9, 2023

PM-44-23
[*1]In the Matter of Elizabeth Anne Giannotti, an Attorney. (Attorney Registration No. 4968467.)

Calendar Date:March 6, 2023

Before:Garry, P.J., Clark, Aarons, Pritzker and Fisher, JJ.

Elizabeth Anne Giannotti, North Wales, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Elizabeth Anne Giannotti was admitted to practice by this Court in 2011 and lists a business address in North Wales, Pennsylvania with the Office of Court Administration. Giannotti now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Giannotti's application.
Upon reading Giannotti's affidavit sworn to February 16, 2023 and filed February 21, 2023 and upon reading the February 27, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Giannotti is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Aarons, Pritzker and Fisher, JJ., concur.
ORDERED that Elizabeth Anne Giannotti's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Elizabeth Anne Giannotti's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Elizabeth Anne Giannotti is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Giannotti is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Elizabeth Anne Giannotti shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.